# U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:19−cv−04650−JMS−MJD

| | |
|---|---|
| FITZGERALD v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al<br>Assigned to: Judge Jane Magnus−Stinson<br>Referred to: Magistrate Judge Mark J. Dinsmore<br>Demand: $5,000,000<br>Cause: 28:1332 Diversity−Personal Injury | Date Filed: 11/22/2019<br>Date Terminated: 01/03/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 360 P.I.: Other<br>Jurisdiction: Diversity |

Discovery Deadline:                                           Settlement Conference:
Dispositive Motion Deadline:                  Final Pretrial Conference:
                                                                Trial Date:

**Plaintiff**

| | | |
|---|---|---|
| **TERRENCE FITZGERALD**<br>*individually and on behalf of all others similarly situated,* | represented by | **Jeffrey L. Raizner**<br>RAIZNER SLANIA LLP<br>2402 Dunlavy Street<br>Houston, TX 77006<br>713−554−9099<br>Fax: 713−554−9098<br>Email: jraizner@raiznerlaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION** | represented by | **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**<br>.<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **AMERICAN INTERNATIONAL COLLEGE** | represented by | **AMERICAN INTERNATIONAL COLLEGE**<br>.<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2019 | 1 | COMPLAINT against All Defendants, filed by TERRENCE FITZGERALD. (Filing fee $400, receipt number 0756−5736745) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 11/22/2019) |
| 11/22/2019 | 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff TERRENCE FITZGERALD. (Raizner, Jeffrey) (Entered: 11/22/2019) |
| 11/25/2019 | 3 | Summons Issued as to AMERICAN INTERNATIONAL COLLEGE, NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (AKH) (Entered: 11/25/2019) |

| | | |
|---|---|---|
| 11/25/2019 | Ï 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AKH) (Entered: 11/25/2019) |
| 11/25/2019 | Ï 5 | PROCEDURES AND PRACTICES before Judge Jane Magnus–Stinson. (JDH) (Entered: 11/25/2019) |
| 01/03/2020 | Ï 6 | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student–Athlete Concussion Injury Litigation Certified Transfer Order # 25. (MAC) (Entered: 01/03/2020) |
| 01/03/2020 | Ï 7 | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/03/2020) |

**Case #: 1:19–cv–04650–JMS–MJD**